Opinion issued April 10, 2003












In The

Court of Appeals

For The

First District of Texas

____________


NOS. 01-03-00151-CR

 01-03-00152-CR

 01-03-00153-CR

____________


JOSEPH RALPH MASTERSON, Appellant


V.


THE STATE OF TEXAS, Appellee







On Appeal from the 337th District Court

Harris County, Texas

Trial Court Cause Nos. 926959, 927731, and 927732






MEMORANDUM OPINION

 We are without jurisdiction to entertain these appeals. Appellant was
sentenced in these cases on December 6, 2002. No motion for new trial was filed. 
The deadline for filing notice of appeal was therefore Monday, January 6, 2003,
because the thirtieth day after sentencing fell on a weekend. Tex. R. App. P. 4.1(a),
26.2(a)(1).

 Notice of appeal was deposited in the mail on February 5, 2003, according
to the postmark on the copy of the envelope included in the clerk's record. Because
the notices of appeal were mailed after the filing deadline, they did not comply with
Rule 9.2 of the Texas Rules of Appellate Procedure, the "mailbox rule." See Tex. R.
App. P. 9.2(b).

 We also note that these were plea-bargained cases and, according to the trial
court's certifications of the right to appeal, appellant has no right of appeal. See Tex.
R. App. P. 25.2(a)(2).

 The appeals must therefore be dismissed for lack of jurisdiction. Slaton v.
State, 981 S.W.2d 208, 209-10 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d
519, 522 (Tex. Crim. App. 1996); Tex. R. App. P. 25.2(d).

 It is so ORDERED.

PER CURIAM

Panel consists of Justices Hedges, Jennings, and Alcala.

Do not publish. Tex. R. App. P. 47.2(b).